PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 27 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Lee Miller | Case Number: 4:05CR00072-001 SWW |

Name of Sentencing Judicial Officer:   Honorable Jack D. Shanstrom
United States District Judge

Honorable Susan Webber Wright
United States District Judge
(Jurisdiction transferred to the Eastern District of Arkansas on March 4, 2005)

Offense: Felon in possession of a firearm

Date of Sentence: January 8, 1993

Sentence: 180 months Bureau of Prisons, 3 years supervised release, substance abuse treatment, search of person, automobile and residence, and $50 special penalty assessment

Type of Supervision: Supervised release     Date Supervision Commenced: December 9, 2004
Expiration Date: December 8, 2007

Asst. U.S. Attorney: Jana Harris     Defense Attorney: Jerome Kearney

U.S. Probation Officer: Reginald C. Hollins
Phone No.: 501-604-5285

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside at and participated in a community correctional center for a period up to six (6) months. Additionally, he shall participate in the in-house substance abuse program and he shall attend domestic violence counseling.**

### CAUSE

On April 22, 2006, a police report was filed by the North Little Rock Police Department charging Mr. Miller with Domestic Battery 2nd Degree. Mr. Miller appeared in the North Little Rock District Court on April 25, 2006, and the case was reset until June 7, 2006. Mr. Miller released on a surety bond of $2,500.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Robert Lee Miller  4:05CR00072-001 SWW

On April 22, 2006, a North Little Rock police officer was dispatched to Mr. Miller's residence in response to a disturbance. Upon arrival on the scene, the police officer made contact with the victim who reported that Mr. Miller struck her in the head twice with a hammer then tossed her to the ground. The officer reported that both the victim and Mr. Miller had a strong odor of a intoxicating beverage emitting from their person. Both parties were arrested and taken into custody.

Mr. Miller and Assistant Federal Public Defender Jerome Kearney have agreed to the modifications as requested by the probation office.

_____
Reginald C. Hollins
U.S. Probation Officer

Date: April 27, 2006

_____
Jana Harris
Assistant U.S. Attorney
Date: April 27, 2006

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

April 27, 2006.
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

RCH/kyj

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203