**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.   NO. 4:05CR00072-001 SWW

ROBERT LEE MILLER

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. The Court found that defendant has violated some of the conditions of supervised release but determined that defendant's conditions of supervised release should be modified at this time.

IT IS THEREFORE ORDERED that defendant's conditions of supervised release shall be modified to include the following special conditions:

1. Defendant shall reside participate in a 30-day residential drug treatment program followed by 90 days of chem-free living. The United States Probation Office shall pay one-half of the costs of these programs, and the remaining one-half shall be paid by defendant.

2. Defendant shall report weekly to the Probation Office until such time as he is told otherwise.

3. Defendant shall not drink alcohol throughout the course of drug treatment and the chem-free living.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

The Court reminds defendant that any further violation of the terms of his supervised release could result in revocation of his release. A hearing will be rescheduled in due course setting another hearing on the government's petition to revoke supervised release.

Defendant shall report for the drug treatment as soon as he is directed to do so.

IT IS FURTHER ORDERED that defendant shall be released from custody immediately.

IT IS SO ORDERED this 31st day of August, 2006.

UNITED STATES DISTRICT JUDGE