**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                         NO. 4:05CR00072-001 SWW

ROBERT LEE MILLER

### ORDER

The above entitled cause came on for hearing on petitions to revoke the supervised release previously granted this defendant in the United States District Court for the District of Montana.  Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions are granted,[1] and the supervised release previously granted this defendant in the above matter be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWENTY-FOUR (24) MONTHS in the custody of the Bureau of Prisons.  The Court recommends that defendant participate in non-residential substance abuse treatment and in a domestic violence treatment program during incarceration.

There will be no term of supervised release following defendant's term of imprisonment.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 7th day of February, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Docs. #3, #11 and #17.